Veronica Portillo-Heap
California State Bar No. 339687
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
Telephone: (619) 234-8467
veronica_portillo-heap@fd.org

Attorneys for
Ms. Amaya

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE JANIS L. SAMMARTINO)

UNITED STATES OF AMERICA,
Plaintiff,
v.
MARISOL AMAYA BURGOS,
Defendant.

Case No.: 26-cr-4043-JLS

Honorable Janis L. Sammartino
Date: November 13, 2026
Time: 9:00 a.m.
Courtroom: 4D

**Notice of non-opposition to government's motions**

Marisol Amaya Burgos, by and through counsel Veronica Portillo-Heap and Federal Defenders of San Diego, Inc., hereby submits her notice of non-opposition to the government's motions for fingerprint exemplars and reciprocal discovery. She also does not oppose the motion for leave to file further motions, should new information come to light.

Ms. Amaya's post-trial Guidelines are 0-6 months given that she has no prior convictions. She asks the Court to grant the government's motions on the papers, rather than wait for the motion hearing on November 13, 2026.

Respectfully submitted,

Dated: November 2, 2026

*s/ Veronica Portillo-Heap*
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Amaya
Email: Veronica Portillo-Heap@fd.org